## UNITED STATES DISTRICT COURT
Western District of Arkansas
**U.S. Probation / Pretrial Services**

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

October 3, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

      RE:    **JEANES, Todd**
                **Dkt. No.: 3:04CR30010-001**
                **Status Report**

Dear Judge Hendren:

This report is to update the Court in the matter of supervision in this case regarding possible violation(s) of supervision on the above-named individual. The offender was sentenced by Your Honor on June 1, 2005, for one count of *Theft of Public Property*, to 4 years probation, $2,500 fine, $3,159.50 restitution and a $100 special assessment fee (*paid*). Supervision commenced on June 1, 2005, in the Western District of Arkansas, Fayetteville Division.

Since the submission of the last status report, contact was made with Jeanes via telephone at his residence. He advised that at this time he had not been criminally charged and he had been released by the Newton County Sheriff's Office from the 48 hour hold. He continues to contact this office weekly via telephone.

I will continue to keep the Court advised of the offender's status. If any further information is needed at this time, please advise.

Sincerely,

Tobey L. Reely
U.S. Probation Officer

Reviewed By:

William E. Dunn Jr.
Supervisory U.S. Probation Officer

✓ Pursue Course of Action

\_\_\_\_ Submit Petition for Violation

\_\_\_\_ Other _____

Jimm Larry Hendren    10/3/07
Chief U.S. District Judge    Date